AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas ▾

| | |
|---|---|
| KENT STEADMON<br><br><br><br>*Plaintiff(s)*<br>v.<br>U.S. BANK NATIONAL ASSOCIATION<br><br><br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 4:26-cv-00728<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Bank National Association may be served via their registered agent at:

CT Corporation System, 1999 Bryan Street, Suite 900; Dallas, Texas 75201-3136.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amy Beth Clark
Ciment Law Firm
221 Bella Katy Drive
Katy, Texas 77494
amy@cimentlawfirm.com
cpfiling@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __6/26/2026__

*David A. O'Toole*

*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00728

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

_____
*Server's address*

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
### Eastern District of Texas

Case Number: 4:26-CV-00728-ALM

Plaintiff:
**Kent Steadmon**
vs.
Defendant:
**U.S. Bank National Association, et al.**

For: Ciment Law Firm, PLLC (Fort Worth)

Received these papers on the 8th day of July, 2026 at 9:44 am to be served on **U.S. Bank National Association by serving its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dalla, Dallas County, TX 75201. I,** _Caleb_ _Malone_, being duly sworn, depose and say that on the ___9___ day of _July_, 20_26_ at _11_ :_11_ _A_.m., executed service by delivering a true copy of the **Summons in a Civil Action with Complaint and Demand for Jury Trial** in accordance with state statutes in the manner marked below:

(✓) CORPORATE SERVICE: By delivering to _Brett Barvell_ ____(individual accepting) as _Texas_ _Account Manager_ (title), at _1999 Bryan St, Suite 900_ (street), _Dallas_ (city),_Texas_(state) _75201_ (zip code) _Dallas_ (county).

( ) PUBLIC AGENCY: By delivering to _____(individual accepting) as
_____ (title) of the within-named agency at _____ (street),
_____(city), _____(state) _____(zip code) _____ (county).

( ) SUBSTITUTE SERVICE: By delivering to _____(individual accepting) as
_____(relationship/title) at _____(street), _____(city),
_____(state) _____(zip code) _____ (county).

( ) GOVERNMENT AGENCY: By delivering to _____(individual accepting) as
_____ (title) of the within-named agency at _____ (street),
_____(city), _____(state) _____(zip code) _____ (county).

( ) NON SERVICE: For the reason detailed in the comments below.

COMMENTS:_____
_____
_____
_____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

Subscribed and sworn to before me on the ___9___ day of
_July_ _2026_ by the affiant who is
personally known to me.

_____
NOTARY PUBLIC

PROCESS SERVER # _PSC1574 exp 10/31/27_
Appointed in accordance with State Statutes

Our Job Serial Number: 2026008329
Ref: KENT STEADMON

BETHANY PALLISTER
Notary Public, State of Texas
Comm. Expires 06-01-2028
Notary ID 129009133

**ATX Process, LLC**
**1411 W 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a