AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Texas  [ ▾ ]

| | |
|---|---|
| KENT STEADMON | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 4:26-cv-00728 |
| TRANS UNION, LLC. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ The registered agent for TransUnion (Trans Union LLC) in  Prentice-Hall Corporation System, Inc, 211 E. 7th Street, Suite 620, Austin, Texas 78701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amy Beth Clark
Ciment Law Firm
221 Bella Katy Drive
Katy, Texas 77494
amy@cimentlawfirm.com
cpfiling@cimentlawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SERVICE RETURN ATTACHED

CLERK OF COURT

Date:  __6/26/2026__

_David A. O'Toole_

_Signature of Clerk or Deputy Clerk_

ATX Process, LLC
1411 West 6th Street
Austin, TX  78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:26-cv-00728

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*

                                 _____
                                         *Printed name and title*

                                            **ATX Process, LLC**
                                            **1411 West 6th Street**
                                 _____
                                         *Server's address* TX 73703
                                            Austin, TX 73703

SERVICE RETURN ATTACHED

Additional information regarding attempted service, etc:

## AFFIDAVIT OF SERVICE

### UNITED STATES DISTRICT COURT
Eastern District of Texas

Case Number: 4:26-CV-00728-ALM

Plaintiff:
**Kent Steadmon**

vs.

Defendant:
**U.S. Bank National Association, et al.**

For:
Ciment Law Firm, PLLC (Fort Worth)
1751 River Run
#280
Fort Worth, TX 76107

Received by Justin Rogers on the 8th day of July, 2026 at 9:56 am to be served on **TransUnion (Trans Union LLC) by serving its registered agent, Prentice-Hall Corporation System, Inc., 211 E 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Justin Rogers, being duly sworn, depose and say that on the **8th day of July, 2026** at **3:09 pm, I:**

executed to the **REGISTERED AGENT** by delivering a true copy of the **Summons in a Civil Action with Complaint and Demand for Jury Trial** with the date of delivery endorsed thereon by me, to **Kaneisha Gross, Prentice-Hall Corporation System, Inc.,** in person, as the designated agent to accept delivery of process at the address of **211 E 7th Street, Suite 620, Austin, Travis County, TX 78701** on behalf of **TransUnion (Trans Union LLC)** and informed said person of the contents therein.

I certify that I am over the age of 18, have no interest in the above action, and am a certified process server, in good standing, in the judicial circuit in which the foregoing occurred.  The facts in this affidavit are within my personal knowledge and are true and correct.

Subscribed and sworn to before me on the 8th day of July, 2026 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

NICOLE M. WADE
My Notary ID # 129086987
Expires August 9, 2028

**Justin Rogers**
PSC-20023, Exp. 06/30/2027
7/8/26
**Date**

**ATX Process, LLC**
**1411 W. 6th Street**
**Austin, TX 78703**
**(512) 717-5600**

Our Job Serial Number: ATX-2026008331
Ref: KENT STEADMON

Copyright © 1992-2026 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a