EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Kent Steadmon,
_____

Plaintiff

v.

U.S. Bank National Association, et al.,
_____

Defendant

Civ. No. 4:26-cv-00728-ALM
_____

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:   Defendant Equifax Information Services LLC
_____

Date Party's answer was originally due:                                                     07/29/2026
_____

Date Party's answer is now due (must not exceed 45 days after original due date):   08/13/2026
_____

Date: 07/29/2026
_____

/s/ *Forrest M. "Teo" Seger III*
_____
Full Name: Forrest M. "Teo" Seger III
State Bar No.: 24070587
Address:  Clark Hill PLC
              2301 Broadway St.
              San Antonio, Texas 78215

Phone:  (210) 250-6000
Fax:  (210) 250-6100
Email: TSeger@clarkhill.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)