UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENT STEADMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-00728-ALM |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, and TRANS UNION, LLC | § | |
| | § | |
| Defendants. | § | |

### DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
### CORPORATE DISCLOSURE STATEMENT

Defendant Equifax Information Services LLC ("Equifax") submits the following

Corporate Disclosure Statement:

Equifax is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company

on the NYSE, and is the sole parent of Equifax.  No other entity owns 10% or more of Equifax's

stock.

Dated: July 29, 2026                           Respectfully submitted,


By:  */s/ Forrest M. "Teo" Seger III*
　　　**FORREST M. "TEO" SEGER III**
　　　Texas Bar No. 24070587
　　　TSeger@clarkhill.com
　　　CLARK HILL PLC
　　　2301 Broadway St.
　　　San Antonio, Texas 78215
　　　(210) 250-6000
　　　(210) 250-6100 (Fax)


　　　**ATTORNEY FOR DEFENDANT,**
　　　**EQUIFAX INFORMATION SERVICES LLC**

288888601.v1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 29, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Corporate Disclosure Statement* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

       */s/ Forrest M. "Teo" Seger III*
       FORREST M. "TEO" SEGER III

2

288888601.v1