UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENT STEADMON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 4:26-cv-00728-ALM |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC, and TRANS UNION, LLC, | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
ANSWER TO PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned

counsel, files its Answer to Plaintiff's Complaint ("Complaint") as follows:

**PRELIMINARY STATEMENT**

In answering the Complaint, Equifax states that it is responding to allegations on behalf of

itself only, even where the allegations pertain to alleged conduct by all Defendants. Equifax denies

any and all allegations in the headings and/or unnumbered paragraphs in the Complaint.

**ANSWER**

In response to the specific allegations in the enumerated paragraphs in the Complaint,

Equifax responds as follows:

**I.    INTRODUCTION**

1.    Equifax admits Plaintiff purports to bring claims pursuant to the Fair Credit

Reporting Act ("FCRA").  Equifax denies any allegation it violated the FCRA.

2.    Equifax denies the allegations in Paragraph 2.

289099284.v1

## II.    JURISDICTION & VENUE

3.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3.

4.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4.

## III.    PARTIES

5.    Equifax admits that the plaintiff is a consumer as defined by the FCRA.  Equifax is further without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 5.

6.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6.

7.    Equifax admits it is a consumer reporting agency as defined by the FCRA and that it is authorized to do business in the State of Texas.  Equifax is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 7.

8.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8.

## IV.    FACTS OF THE COMPLAINT

9.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

289099284.v1

12.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12.

13.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13.

14.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14.

15.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15.

16.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16.

17.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 17.

18.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 18.

19.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 19.

20.     Equifax denies reporting inaccurate information.  Equifax is further without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in Paragraph 20.

21.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21.

22.     Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 22.

23.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23.

24.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24.

25.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25.

26.    Equifax denies the allegation in Paragraph 26.

27.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27.

28.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 28.

29.    Equifax denies the allegation in Paragraph 29.

## PLAINTIFF'S CAUSES OF ACTION

## FIRST CLAIM FOR RELIEF

15 U.S.C. § 1681s-2(b)
(Defendant US BANK)

30.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

31.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31.

32.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32.

33.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33.

34.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34.

35.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 35.

36.    Equifax is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 36.

## SECOND CLAIM FOR RELIEF

15 U.S.C. § 1681e (b)
(Defendants Equifax and TransUnion)

37.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

38.    Equifax admits that it is a consumer reporting agency ("CRA") as that term is defined in the Fair Credit Reporting Act ("FCRA").

39.    Equifax denies the allegations in Paragraph 39.

40.    Equifax denies the allegations in Paragraph 40.

41.    Equifax denies the allegations in Paragraph 41.

42.    Equifax denies the allegations in Paragraph 42.

43.    Equifax denies the allegations in Paragraph 43.

44.    Equifax denies the allegations in Paragraph 44.

## THIRD CLAIM FOR RELIEF

Violations of the FCRA (15 U.S.C. § 1681i)
(Defendants Equifax and Trans Union)

45.    Equifax reasserts and re-alleges its responses and defenses as set forth herein.

46.    Equifax states that the FCRA speaks for itself. To the extent Plaintiff misquotes, misstates, or takes out of context the FCRA, the allegations in Paragraph 46 are denied.

289099284.v1

47.    Equifax denies the allegations in Paragraph 47.

48.    Equifax denies the allegations in Paragraph 48.

49.    Equifax denies the allegations in Paragraph 49.

## VI.   JURY DEMAND

50.    Equifax admits that Plaintiff demands a jury trial.

## VII.  PRAYER

Equifax denies that Plaintiff is entitled to any relief sought in the paragraphs contained in his Prayer for Relief.

Any allegation in Plaintiff's Complaint not heretofore specifically responded to by Equifax is hereby expressly denied.

WHEREFORE, having fully answered or otherwise responded to the allegations in Plaintiff's Complaint, Equifax prays that:

(1)    Plaintiff's Complaint be dismissed in its entirety and with prejudice, with all costs taxed against Plaintiff;

(2)    it recover such other and additional relief as the Court deems just and appropriate.

Dated: August 13, 2026                    Respectfully submitted,

By:  */s/ Forrest M. "Teo" Seger III*
     **FORREST M. "TEO" SEGER III**
     Texas Bar No. 24070587
     TSeger@clarkhill.com
     CLARK HILL PLC
     2301 Broadway St.
     San Antonio, Texas 78215
     (210) 250-6000
     (210) 250-6100 (Fax)

     **ATTORNEYS FOR DEFENDANT,
     EQUIFAX INFORMATION SERVICES LLC**

6

289099284.v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 13, 2026, a true and correct copy of the foregoing *Defendant Equifax Information Services LLC's Answer to Plaintiff's Complaint* was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Forrest M. "Teo" Seger III*
Forrest M. "Teo" Seger III

7

289099284.v1