IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KENT STEADMON,<br>Plaintiff,<br>v.<br>U.S. BANK NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br>Defendants. | Civil Action No. 4:26-cv-00728-ALM |

**DEFENDANT TRANS UNION LLC'S RULE 7.1(a) DISCLOSURE STATEMENT**

Defendant Trans Union LLC, through its undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, hereby certifies the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

Respectfully Submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
Attorney-in-Charge
Texas Bar No. 24046221
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Amy Beth Clark
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
***Counsel for Plaintiff***

*/s/ Marc F. Kirkland*
**MARC F. KIRKLAND**