UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KENT STEADMON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 4:26-cv-00728-ALM |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S**
**NOTICE OF SERVICE OF RULE 26 INITIAL DISCLOSURES**

Pursuant to Local Rule CV-26 of the United States District Court, Eastern District of Texas, the undersigned counsel of record for Defendant Equifax Information Services LLC hereby certifies that all counsel of record were served with Initial Disclosures via e-mail on September 29, 2026.

Dated: September 29, 2026

Respectfully submitted,

By: */s/ Forrest M. "Teo" Seger III*

**FORREST M. "TEO" SEGER III**
Texas Bar No. 24070587
tseger@clarkhill.com
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (Fax)

**ATTORNEY FOR DEFENDANT,**
**EQUIFAX INFORMATION SERVICES LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, 2023, a true and correct copy of the foregoing *Defendant Equifax Information LLC's Notice of Service of Rule 26 Initial Disclosures* was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/ Forrest M. "Teo" Seger III*
FORREST M. "TEO" SEGER III