**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| KENT STEADMON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. BANK NATIONAL ASSOCIATION, EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION, LLC,<br><br>Defendants. | Civil Action No. 4:26-cv-00728-ALM |

**DEFENDANT TRANS UNION LLC'S**
**NOTICE OF SERVICE OF DISCOVERY TO PLAINTIFF**

COMES NOW, Defendant Trans Union LLC, by and through its undersigned counsel of record, and pursuant to LR CV-26(c), hereby gives notice to the court that Defendant Trans Union LLC’s Initial Disclosures, First Set of Interrogatories, First Requests for Admission, and First Requests for Production to Plaintiff were served via Electronic Mail/First Class U.S. Mail to all parties of record on the 7th day of October 2026.

Respectfully Submitted,

*/s/ Marc F. Kirkland*

Marc F. Kirkland
Attorney-in-Charge
Texas Bar No. 24046221
mkirkland@qslwm.com
QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5454
Fax: (214) 871-2111
***Counsel for Trans Union LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Amy Beth Clark
amy@cimentlawfirm.com
Ciment Law Firm, PLLC
221 Bella Katy, Dr.
Katy, Texas 77494
***Counsel for Plaintiff***

*/s/ Marc F. Kirkland*
**MARC F. KIRKLAND**