# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| KENT STEADMON | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:26cv728 |
| | § | JUDGE MAZZANT |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC and TRANS UNION, LLC | § | |

## ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** that this case be submitted to mediation in accordance with this court's Mediation Plan. The mediator assigned is Wm. Charles Bundren, Bundren Law Group, PLLC, 2591 Dallas Parkway, Suite 300, Frisco, Texas 75034, Telephone (214) 808-3555, charles@bundrenlaw.net.

The mediation conference shall be conducted by the following date: **December 30, 2026.**

The mediator shall be responsible for communicating with counsel to coordinate a date for the mediation.

The mediator shall submit a report within five days of the completion of the mediation conference.

**IT IS SO ORDERED.**

**SIGNED this 7th day of October, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE